UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROOFA I. KHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, et al.,<br><br>    Defendants. | Case No. 24-cv-09289-LJC<br><br>**CASE MANAGEMENT SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served): | May 24, 2025 |
| Early deposition of Plaintiff Mahroofa I. Khan: | August 1, 2025 |
| Early mediation: | September 1, 2025 |
| Case management statements: | October 30, 2025 |
| Further case management conference: | November 6, 2025 |
| Fact discovery cut-off: | November 21, 2025 |
| Opening expert reports and disclosures: | December 22, 2025 |
| Expert discovery cut-off: | February 2, 2026 |
| Last day to file dispositive motions and *Daubert* motions: | March 23, 2026 |
| Last day to hear dispositive motions and *Daubert* motions: | May 19, 2026 |
| Pretrial conference:[1] | September 11, 2026, 1:30pm |

---

[1] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

| | | |
|---|---|---|
| 1 | Bench trial: | September 21, 2026 |
| 2 | | (5 days) |

**IT IS SO ORDERED.**

Dated: May 23, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge