UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROOFA I. KHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>    Defendant. | Case No. 24-cv-09289-LJC<br><br>**AMENDED CASE MANAGEMENT SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Fact discovery cut-off: | January 30, 2026 |
| Opening expert reports and disclosures: | February 27, 2026 |
| Rebuttal expert reports and disclosures: | March 20, 2026 |
| Expert discovery cut-off: | April 10, 2026 |
| Last day to file dispositive motions and *Daubert* motions: | May 12, 2026 |
| Last day to hear dispositive motions and *Daubert* motions: | June 16, 2026 |
| Pretrial conference:[1] | September 11, 2026 1:30 PM |
| Bench trial: | September 21, 2026 |
| | (5 days) |

//

//

---

[1] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

1  **IT IS SO ORDERED.** Dated:

2  November 7, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge