UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROOFA I. KHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>        Defendant. | Case No. 24-cv-09289-LJC<br><br>**ORDER REFERRING PLAINTIFF TO RESOURCES FOR PRO SE LITIGANTS** |

As discussed at the Further Case Management Conference held on November 6, 2025, the Court encourages Plaintiff to access the Northern District of California's resources for parties who are not represented by lawyers, including the Northern District's handbook, "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants." The handbook is available online at: https://cand.uscourts.gov/representing-yourself/pro-se-handbook. Chapters 16 and 17 discuss discovery procedures in federal cases.

Additional resources are available on the Northern District's website under the "Representing Yourself" tab: https://cand.uscourts.gov/representing-yourself.

**IT IS SO ORDERED.**

Dated: November 7, 2025

LISA J. CISNEROS
United States Magistrate Judge