UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROOFA I. KHAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>Defendant. | Case No. 24-cv-09289-LJC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION; ORDER FURTHER MODIFYING CASE SCHEDULE** |

The parties request an Order continuing the January 30, 2026 fact discovery deadline to March 27, 2026.  ECF No. 40.  Their request to continue the deadline to March 27, 2026 is DENIED.  Instead, the deadline will be continued to March 6, 2026.  Other pretrial deadlines are continued as follows:

| | |
|---|---|
| Opening expert reports and disclosures: | March 27, 2026 |
| Rebuttal expert reports and disclosures: | April 14, 2026 |
| Expert discovery cut-off: | April 28, 2026 |
| Last day to file dispositive motions and *Daubert* motions: | May 19, 2026 |
| Last day to hear dispositive motions and *Daubert* motions: | June 23, 2026 |

The pretrial conference and trial date shall remain unchanged.

**IT IS SO ORDERED.**

Dated: January 27, 2026

LISA J. CISNEROS
United States Magistrate Judge