UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MAHROOFA I. KHAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>Defendant. | Case No.  24-cv-09289-LJC<br><br>**ORDER VACATING FILING DEADLINE** |

The deadline for filing motions for summary judgment and *Daubert* motions, currently set for May 19, 2026, is vacated.  By May 12, 2026, the parties shall file a joint status report proposing a new filing deadline for motions for summary judgment and *Daubert* motions, as well as any other modifications to the case schedule the parties deem necessary.  If the parties are unable to agree upon the proposed deadlines and dates, they shall include separate proposed schedules within their status report.

**IT IS SO ORDERED.**

Dated: April 30, 2026

LISA J. CISNEROS
United States Magistrate Judge