UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROOFA I. KHAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No.  24-cv-09289-LJC<br><br>**SECOND AMENDED SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Fact discovery cut-off: | July 6, 2026 |
| Opening expert reports and disclosures: | July 15, 2026 |
| Rebuttal expert reports and disclosures: | July 29, 2026 |
| Expert discovery cut-off: | August 7, 2026 |
| Last day to file dispositive motions and *Daubert* motions: | September 1, 2026 |
| Last day to hear dispositive motions and *Daubert* motions: | October 6, 2026 |
| Pretrial conference:[1] | January 8, 2027, 1:30 PM |
| Bench trial (5 days): | January 19, 2027 |

**IT IS SO ORDERED.**

Dated: May 21, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

[1] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.